Peter W. Craigie, State Bar No. 99509
Craigie, McCarthy & Clow
540 Pacific Avenue
San Francisco, California 94133
Telephone: 415-732-7788
Facsimile: 415-732-7783
E-mail: peter@cmclawpartners.com

Attorneys for Plaintiffs and Counterdefendants Malem
Medical, LTD. and Enuresis Associates, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV-3:13-cv-05236-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING MALEM MEDICAL, LTD. AND ENURESIS ASSOCIATES, LLC TO FILE AN AMENDED COMPLAINT**<br><br>**Courtroom 5**<br><br>Honorable Edward M. Chen |

## STIPULATION

IT IS HEREBY STIPULATED AND AGREED AND RESPECTFULLY REQUESTED, by and between plaintiffs and counterdefendants MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC, and defendants and counterclaimant THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA as follows:

1) MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC may file the amended complaint attached hereto as Exhibit "A";

2) THEOS MEDICAL, INC. and SAKET BHATIA shall have 21 days from the date the amended complaint is filed to file a responsive pleading; and

3) THEOS MEDICAL SYSTEMS, INC. may also file an amended counterclaim when

it files an answer to the amended complaint.

Dated: April 1, 2014    CRAIGIE, McCARTHY & CLOW

/s/ Peter W. Craigie
Peter W. Craigie
Attorneys for Plaintiffs and Counterdefendants
MALEM MEDICAL, LTD. and ENURESIS
ASSOCIATES, LLC

Dated: April 1, 2014    FITZGERALD, ABBOTT & BEARDSLEY, LLP

/s/ Andrew F. Brimmer
Andrew F. Brimmer
Attorneys for Defendants and Counterclaimant
THEOS MEDICAL SYSTEMS, INC. and SAKET
BHATIA

## ORDER

IT IS HEREBY ORDERED that:

1) MALEM MEDICAL, LTD and ENURESIS ASSOCIATES, LLC may file the amended complaint attached hereto as Exhibit "A":

2) Defendants THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA shall have 21 days from the date the amended complaint is filed to file a responsive pleading; and

3) THEOS MEDICAL SYSTEMS, INC. may also file an amended counterclaim when it files an answer to the amended complaint.

**IT IS SO ORDERED.**

Dated: 4/9, 2014    _____
The Honorable Edward M. Chen
United States District Judge

[APPROVED — Judge Edward M. Chen]