P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, California  94066
Tel: (650) 989-5400  Fax: (650) 989-5499
Email: cscheley@clappmoroney.com

ANDREW F. BRIMMER, ESQ.  BAR#: 179146
SCOTT B. JACKSON, ESQ.  BAR#: 191401
DAWN NEWTON, ESQ.  BAR#: 209002
FITGERALD ABBOTT & BEARDSLEY LLP
1221 Broadway, 21st Floor
Oakland, California  94612
Tel: (510) 451-3300  Fax: (510) 451-1527
Email: abrimmer@fablaw.com; sjackson@fablaw.com

Attorneys for Defendants and Counterclaimants,
THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA


PETER W. CRAIGIE, ESQ.  BAR#: 99509
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, California  94133
Tel: (415) 732-7788  Fax: (415) 732-7783
Email: peter@cmclawpartners.com

Attorneys for Plaintiffs and Counterdefendants,
MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC,<br><br>            Plaintiffs,<br><br>v.<br><br>THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA,<br><br>            Defendants. | CASE NO.:  3:13-cv-05236-EMC<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND FILE AMENDED COUNTERCLAIM** |
| AND RELATED COUNTERCLAIMS | |

Pursuant to Civil Local Rules 6-1(b) and 6-2, the parties, through their respective counsel, hereby stipulate as follows:

1. On April 10, 2014, Plaintiffs and Counterdefendants MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC filed an Amended Complaint in this action.

2. Defendants and Counterclaimants THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA currently have until May 1, 2014 to respond to the Amended Complaint and to file an Amended Counterclaim.

3. P. Christian Scheley, Esq. of Clapp, Moroney, Bellagamba, Vucinich, Beeman & Scheley has recently been retained to represent Defendants and Counterclaimants THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA in connection with this action.

4. Mr. Scheley has requested, and all counsel have consented, to extend the time within which Defendants and Counterclaimants THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA may respond to the Amended Complaint and file an Amended Counterclaim until May 15, 2014.

5. This extension of time will not alter any other Court-ordered event dates or deadlines.

IT IS SO STIPULATED.

CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY

DATED: April 22, 2014

By: /s/ P. Christian Scheley
P. CHRISTIAN SCHELEY, ESQ.
Attorneys for Defendants and
Counterclaimants, THEOS MEDICAL
SYSTEMS, INC. and SAKET BHATIA

FITGERALD ABBOTT & BEARDSLEY

DATED: April 22, 2014

By: /s/ Andrew F. Brimmer
ANDREW F. BRIMMER, ESQ.
Attorneys for Defendants and
Counterclaimants, THEOS MEDICAL
SYSTEMS, INC. and SAKET BHATIA

|   |   |   |
|---|---|---|
| 1 |   |   |
| 2 |   | CRAIGIE, McCARTHY & CLOW |
| 3 | DATED: April 22, 2014 | /s/ Peter W. Craigie |
|   |   | By: _____ |
| 4 |   | PETER W. CRAIGIE, ESQ. |
|   |   | Attorneys for Plaintiffs and |
| 5 |   | Counterdefendants, MALEM MEDICAL, |
|   |   | LTD. and ENURESIS ASSOCIATES, LLC |

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April __24__, 2014

_____
HONORABLE EDWARD M. CHEN
Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]
[Stamp: GRANTED — Judge Edward M. Chen]

**MALEM MEDICAL LTD., ET AL. v. THEOS MEDICAL SYSTEMS, INC., ET AL.**
USDC  Northern District of California, Case No. 3:13-cv-05235-EMC

## CERTIFICATE OF SERVICE

**METHOD OF SERVICE**:

☐ By Personal Service    ☐ By Mail         ☐ By Overnight Delivery
☐ By Messenger Service   ☐ By Facsimile    ☒ By E-Mail/Electronic Transmission
☐ By Certified Mail/Return Receipt Request    (CAND-ECF)

1. I am a citizen of the United States and am employed in the County of San Mateo, State of California. I am over the age of 18 years and not a party to the within action.

2. My place of employment is 1111 Bayhill Drive, Suite 300, San Bruno, CA 94066.

3. On the date set forth below, I caused to be served a true and correct copy of the document(s) described as:

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO AMENDED COMPLAINT AND FILE AMENDED COUNTERCLAIM**

4. I served the documents on the persons below, as follows:

| Attorneys for Plaintiffs and Counter-Defendants MALEM MEDICAL, LTD and ENURESIS ASSOCIATES, LLC | Attorney for Defendants and Counter-Claimant THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA |
|---|---|
| Peter W. Craigie, Esq.<br>CRAIGIE MCCARTHY & CLOW<br>540 Pacific Avenue<br>San Francisco, CA 94133<br>Tel: (415) 732-7788<br>Fax: (415) 732-7783<br>Email: craigielaw@aol.com<br><br>Robert N. Levin, Esq.<br>LAW OFFICES OF ROBERT N. LEVIN, P.C.<br>9801 Washingtonian Blvd., Ste. 750<br>Aitersburg, MD 20878<br>Tel: (301) 517-8727<br>Fax: (301) 762-4056<br>Email:<br><br>**APPEARING PRO HAC VICE** | Andrew Franklin Brimmer, Esq.<br>Dawn Newton, Esq.<br>FITZGERALD, ABBOTT & BEARDSLEY, LLP<br>1211 Broadway, 21st Floor<br>Oakland, CA 94612<br>Tel: (510) 451-3300<br>Fax: (510) 451-1527<br>Emails: abrimmer@fablaw.com<br>dnewton@fablaw.com<br><br>Scott Benjamin Jackson<br>OFFICE OF DISTRICT ATTORNEY<br>1225 Fallon Street, Suite 900<br>Oakland, CA 94612<br>Tel:<br>Fax:<br>Email: |

5. The documents were served by the following means (specify):

a. ☐ **BY PERSONAL SERVICE.** I personally delivered the documents to the persons at the addresses listed in item 4. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with a receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

b. ☐ **BY UNITED STATES MAIL.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1) ☐ deposited the sealed envelope with the United States Postal Services, with the postage fully prepaid.

(2) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am resident or employed in the County where the mailing occurred. The envelope or package was placed in the mail at San Bruno, California, County of San Mateo.

c. ☐ **BY OVERNIGHT DELIVERY.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses in item 4. I place the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

d. ☐ **BY MESSENGER SERVICE.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed in item 4 and providing them to a professional messenger service for service.

e. ☐ **BY FAX TRANSMISSION.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed in item 4. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which I printed out, is attached.

f. ■ **BY E-MAIL OR ELECTRONIC TRANSMISSION.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission (**CAND-ECF**), I caused the documents to be sent to the persons at the email addresses listed in item 4.

g. ☐ **BY CERTIFIED MAIL/RETURN RECEIPT REQUESTED.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses in item 4 and (specify one):

(1) ☐ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is

deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid for said certified mail/return receipt number **(See attached copies of Certified Mail/Return Receipts Requested.)**

☐ **(State)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(Federal)** I declare that I am employed in the offices of a member of the bar of this court at whose direction this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2014, at San Bruno, California.

                                                                         /S/
                                                          Pilar Marquez

*Proof of Service - Civil*
*[Code of Civ.Proc. §§ 1011, 1013, 1013a, 2015.5]*