P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY
A PROFESSIONAL CORPORATION
1111 Bayhill Drive, Suite 300
San Bruno, California  94066
Tel: (650) 989-5400  Fax: (650) 989-5499
Email: cscheley@clappmoroney.com

ANDREW F. BRIMMER, ESQ.  BAR#: 179146
DAWN NEWTON, ESQ.  BAR#: 209002
DONAHUE FITZGERALD LLP
1999 Harrison Street, 25th Floor
Oakland, California  94612
Tel: (510) 451-3300  Fax: (510) 451-1527
Email: abrimmer@donahue.com

Attorneys for Defendants and Counter-claimants,
THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA


PETER W. CRAIGIE, ESQ.  BAR#: 99509
CRAIGIE, McCARTHY & CLOW
540 Pacific Avenue
San Francisco, California  94133
Tel: (415) 732-7788  Fax: (415) 732-7783
Email: peter@cmclawpartners.com

Attorneys for Plaintiffs and Counter-defendants,
MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC,<br><br>        Plaintiffs,<br><br>v.<br><br>THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA,<br><br>        Defendants. | CASE NO.:  3:13-cv-05236-EMC<br><br>**JOINT STIPULATION AND PR<s>OPOS</s>ED ORDER TO EXTEND ADR DEADLINE AND TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| AND RELATED COUNTERCLAIMS | |

1	Plaintiffs and Counter-defendants MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES,
2	LLC and Defendants and Counter-claimants THEOS MEDICAL SYSTEMS, INC. and SAKET
3	BHATIA (collectively, "the parties"), jointly submit this Joint Stipulation and Proposed Order to
4	Extend ADR Deadline.
5	WHEREAS, on February 27, 2014, the Court referred this matter to mediation, to be
6	completed within 120 days;
7	WHEREAS, a further Case Management Conference was set for July 31, 2014;
8	WHEREAS, new defense counsel appeared in this matter on April 24, 2014;
9	WHEREAS, on April 30, 2014, the parties submitted the names of their proposed mediators
10	to the ADR Clerk;
11	WHEREAS, on May 8, 2014, the ADR Clerk appointed Timothy E. Carr, Esq. as mediator in
12	this matter;
13	WHEREAS, counsel for the parties participated in a telephone conference with Mr. Carr on
14	May 29, 2014, during which it was decided that due to calendaring issues and the need to complete
15	30(b)6 depositions, the mediation deadline should be continued for approximately 60 days;
16	WHEREAS, the counsel for the parties have met and conferred and agree that 30(b)(6)
17	depositions will be completed by July 31, 2014;
18	WHEREAS, counsel for the parties have met and conferred and agree that mediation will take
19	place on August 21, 2014;
20	IT IS HEREBY STIPULATED that the deadline to complete mediation shall be extended by
21	60 days, to August 26, 2014.
22	///
23	///
24	///
25	///
26	///
27	///
28	///

1    IT IS FURTHER STIPULATED that the July 31, 2014 Case Management Conference shall
2 be continued by 60 days, to the next date available on the Court's calendar.

4 IT IS SO STIPULATED.

CLAPP, MORONEY, BELLAGAMBA,
VUCINICH, BEEMAN and SCHELEY

7 DATED: June 23, 2014              /s/ P. Christian Scheley
                              By: _____
8                                  P. CHRISTIAN SCHELEY, ESQ.
                                   Attorneys for Defendants and
9                                  Counterclaimants, THEOS MEDICAL
                                   SYSTEMS, INC. and SAKET BHATIA

DONAHUE FITZGERALD LLP

13 DATED: June 23, 2014              /s/ Andrew F. Brimmer
                              By: _____
14                                 ANDREW F. BRIMMER, ESQ.
                                   Attorneys for Defendants and
15                                 Counterclaimants, THEOS MEDICAL
                                   SYSTEMS, INC. and SAKET BHATIA

CRAIGIE, McCARTHY & CLOW

19 DATED: June 23, 2014              /s/ Peter W. Craigie
                              By: _____
20                                 PETER W. CRAIGIE, ESQ.
                                   Attorneys for Plaintiffs and
21                                 Counterdefendants, MALEM MEDICAL,
                                   LTD. and ENURESIS ASSOCIATES, LLC

23 IT IS SO ORDERED.   The further CMC is reset from 7/31/14 to 10/9/14 at
                      10:30 a.m.  An update joint CMC statement shall be filed by
24                    10/2/14.

                                                27
26 Dated: June _____, 2014         _____
                                    HONORABLE EDWARD M. CHEN
                                    United States District Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, P. Christian Scheley, Esq., am the ECF user whose ID and password are being used to file this Joint Stipulation and Proposed Order to Extend ADR Deadline. In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

Dated: June 23, 2014                    /s/ P. Christian Scheley
                                        _____
                                        P. CHRISTIAN SCHELEY, ESQ.