1   P. CHRISTIAN SCHELEY, ESQ.  BAR#: 125493
    CLAPP, MORONEY, BELLAGAMBA,
2   VUCINICH, BEEMAN and SCHELEY
    A PROFESSIONAL CORPORATION
3   1111 Bayhill Drive, Suite 300
    San Bruno, California  94066
4   Tel: (650) 989-5400  Fax: (650) 989-5499
    Email: cscheley@clappmoroney.com
5
    ANDREW F. BRIMMER, ESQ.  BAR#: 179146
6   DAWN NEWTON, ESQ.  BAR#: 209002
    DONAHUE FITZGERALD LLP
7   1999 Harrison Street, 25th Floor
    Oakland, California  94612
8   Tel: (510) 451-3300  Fax: (510) 451-1527
    Email: abrimmer@donahue.com
9
    Attorneys for Defendants and Counter-claimants,
10  THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA

11
    PETER W. CRAIGIE, ESQ.  BAR#: 99509
12  CRAIGIE, McCARTHY & CLOW
    540 Pacific Avenue
13  San Francisco, California  94133
    Tel: (415) 732-7788  Fax: (415) 732-7783
14  Email: peter@cmclawpartners.com

15  Attorneys for Plaintiffs and Counter-defendants,
    MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC
16

17                      UNITED STATES DISTRICT COURT
18                    NORTHERN DISTRICT OF CALIFORNIA
19

20  MALEM MEDICAL, LTD. and ENURESIS          CASE NO.:  3:13-cv-05236-EMC
    ASSOCIATES, LLC,
21
            Plaintiffs,                        **JOINT STIPULATION AND PROPOSED**
22                                             **ORDER TO EXTEND ADR DEADLINE**
    v.
23
    THEOS MEDICAL SYSTEMS, INC. and
24  SAKET BHATIA,

25          Defendants.

26
    AND RELATED COUNTERCLAIMS
27

28

G:\Data\DOCS\0524\04870\Stip&Order-ADR Deadline(2).wpd          1

Plaintiffs and Counter-defendants MALEM MEDICAL, LTD. and ENURESIS ASSOCIATES, LLC and Defendants and Counter-claimants THEOS MEDICAL SYSTEMS, INC. and SAKET BHATIA (collectively, "the parties"), jointly submit this Joint Stipulation and Proposed Order to Extend ADR Deadline.

WHEREAS, the deadline to complete mediation in this matter is August 26, 2014, pursuant to the Court's June 27, 2014 order;

WHEREAS, the parties were scheduled to participate in mediation with Timothy E. Carr, Esq. on August 21, 2014;

WHEREAS, counsel for Defendants, P. Christian Scheley, Esq., is scheduled to begin trial in Monterey County Superior Court on August 18, 2014;

WHEREAS, the parties completed 30(b)6 depositions on July 28, 2014;

WHEREAS, after the 30(b)(6) depositions were completed, the parties determined that it would be beneficial to exchange additional documents relevant to Plaintiff's lost profits claim prior to participating in mediation;

WHEREAS, the parties met and conferred and agreed to continue the mediation to September 10, 2014;

IT IS HEREBY STIPULATED that the deadline to complete mediation shall be extended to September 30, 2014.

///
///
///
///
///
///
///
///
///
///

G:\Data\DOCS\0524\04870\Stip&Order-ADR Deadline(2).wpd        2

1    IT IS FURTHER STIPULATED that the October 9, 2014 Case Management Conference shall

2 remain on calendar as previously scheduled, with an updated joint Case Management Statement to be

3 filed on October 2, 2014.

4

5 IT IS SO STIPULATED.

6                                                    CLAPP, MORONEY, BELLAGAMBA,
                                                     VUCINICH, BEEMAN and SCHELEY
7

8 DATED: August 7, 2014               /s/ P. Christian Scheley
                                  By: _____
9                                     P. CHRISTIAN SCHELEY, ESQ.
                                      Attorneys for Defendants and
10                                    Counterclaimants, THEOS MEDICAL
                                      SYSTEMS, INC. and SAKET BHATIA
11

12                                                   DONAHUE FITZGERALD LLP

13

14 DATED: August 7, 2014              /s/ Andrew F. Brimmer
                                  By: _____
15                                    ANDREW F. BRIMMER, ESQ.
                                      Attorneys for Defendants and
16                                    Counterclaimants, THEOS MEDICAL
                                      SYSTEMS, INC. and SAKET BHATIA
17

18                                                   CRAIGIE, McCARTHY & CLOW

19

20 DATED: August 7, 2014              /s/ Peter W. Craigie
                                  By: _____
21                                    PETER W. CRAIGIE, ESQ.
                                      Attorneys for Plaintiffs and
22                                    Counterdefendants, MALEM MEDICAL,
                                      LTD. and ENPRESS ASSOCIATES, LLC
23

24 IT IS SO ORDERED.

25

26

27 Dated: August _____, 2014
                    8
28                                            _____
                                              HONORABLE EDWARD M. CHEN
                                              United States District Judge

IT IS SO ORDERED

Judge Edward M. Chen

G:\Data\DOCS\0524\04870\Stip&Order-ADR Deadline(2).wpd          3

**CERTIFICATION OF CONCURRENCE FROM ALL SIGNATORIES**

I, P. Christian Scheley, Esq., am the ECF user whose ID and password are being used to file this Joint Stipulation and Proposed Order to Extend ADR Deadline.  In compliance with N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that I have obtained the concurrence of each signatory to this document.

Dated: August 7, 2014                              /s/ P. Christian Scheley
                                                   P. CHRISTIAN SCHELEY, ESQ.