AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__NORTHERN__ District of __CALIFORNIA__

MALEM MEDICAL, LTD., et al.
    Plaintiff (s),
V.
THEOS MEDICAL SYSTEMS, INC. et al.
    Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-13-05236 EMC

Notice is hereby given that, subject to approval by the court, __SAKET BHATIA__ substitutes
(Party (s) Name)

Stephen Morgan Judson , State Bar No. 121579 as counsel of record in
(Name of New Attorney)

place of   Andrew F. Brimmer, Donahue Fitzgerald LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | Ramsey Law Group |
| Address: | 3736 Mt. Diablo Blvd., Suite 300 Lafayette, CA 94549 |
| Telephone: | (925) 284-2811   Facsimile (925) 403-7773 |
| E-Mail (Optional): | sjudson@ramseylawgroup.com |

I consent to the above substitution.
Date: 02/04/15
    (Signature of Party (s))

I consent to being substituted.
Date: 2/5/15
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/4/15
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 2/9/15

IT IS SO ORDERED
Judge Edward M. Chen

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

NORTHERN **District of** CALIFORNIA

MALEM MEDICAL, LTD., et al.
          Plaintiff (s),
V.
THEOS MEDICAL SYSTEMS, INC. et al.
          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV-13-05236 EMC

Notice is hereby given that, subject to approval by the court, THEOS MEDICAL SYSTEMS, INC. substitutes
(Party (s) Name)

Stephen Morgan Judson , State Bar No. 121579 as counsel of record in
(Name of New Attorney)

place of Andrew F. Brimmer, Donahue Fitzgerald LLP .
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: Ramsey Law Group
   Address: 3736 Mt. Diablo Blvd., Suite 300 Lafayette, CA 94549
   Telephone: (925) 284-2811    Facsimile (925) 403-7773
   E-Mail (Optional): sjudson@ramseylawgroup.com

I consent to the above substitution.
Date: 02/04/15
                                                           SAKE PRESIDENT
                                                          (Signature of Party (s))

I consent to being substituted.
Date: 2/5/15
                                                          (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 2/4/15
                                                          (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____                    _____
                                                                                            Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]