UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| GREAT AMERICAN E & S INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>THEOS MEDICAL SYSTEMS, INC.,<br><br>Defendant. | Case No. 17-CV-05660-LHK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), the above captioned case is hereby referred to United States District Judge Edward Chen to determine whether it is related to No. 13-CV-05236-EMC, *Malem Medical, LTD. et al. v. Theos Medical Systems, Inc. et al*.

**IT IS SO ORDERED.**

Dated: February 20, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No. 17-CV-05660-LHK
SUA SPONTE JUDICIAL REFERRAL FOR DETERMINING RELATIONSHIP OF CASES